DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

SHANNON L. CLARK,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

No. 2D2025-1671

———————————————

October 8, 2025

Petition for Writ of Prohibition to the Circuit Court Pinellas County;
Joseph A. Bulone, Judge.

Shannon L. Clark, pro se.

No appearance for Respondent.


ORDER RESTRICTING PETITIONER FROM FUTURE PRO SE FILINGS


PER CURIAM.

On July 22, 2025, this court denied Petitioner's prohibition petition and issued an order detailing Petitioner's initiation of over forty-five proceedings in this court related to his judgment and sentence in Pinellas County Circuit Court case CRC00-21224-CFANO. The order directed Petitioner to show cause why this court should not direct the clerk to reject pleadings in this court related to Pinellas County Circuit

Court case CRC00-21224-CFANO unless the filing is related to a pending proceeding or submitted by a licensed Florida attorney. *See State v. Spencer*, 751 So. 2d 47, 48–49 (Fla. 1999).

In response to this court's order to show cause, Petitioner has continued to raise challenges to the imposition of his sentence. Petitioner otherwise fails to justify his meritless and repetitive filings. Petitioner also filed a motion to take judicial notice of void proceedings and a request for an evidentiary hearing. We deny these motions without further elaboration. Further, we direct the clerk of this court to place in an inactive file any original proceedings or notices of appeal related to the lower tribunal case number listed in this order unless the filing is signed by a member in good standing of The Florida Bar. *See id.*

NORTHCUTT, KELLY, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.